JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIR ZARCHI, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK MAYOR, an individual; AIM GROUP, LLC; CINEVISION INTERNATIONAL, INC.; and GLOBAL ENTERTAINMENT MEDIA CORP.,<br><br>　　　　Defendants. | CASE NO.   CV 10-03549 DSF (JEMx)<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

　　　THE COURT has considered that the Parties Stipulation for Entry of Order Dismissing Complaint With Prejudice, filed concurrently herewith.

　　　NOW THEREFORE, IT IS HEREBY ORDERED that:

　　　1.　　The Complaint is dismissed with prejudice

　　　2.　　Each party will bear his or its own costs and attorneys' fees with respect to this lawsuit; and

　　　3.　　The Order Re Jury Trial entered on September 14, 2010 is hereby

1  vacated.

3  IT IS SO ORDERED this 8th day of August

*Dale S. Fischer*

_____
The Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT

By: /s/ Andres F. Quintana              Dated: July 27, 2011

Andres F. Quintana, Esq.
QUINTANA LAW GROUP, APC
26135 Mureau Road, Suite 101
Calabasas, California 91302

Attorneys for Defendants Frank Mayor, AIM Group, LLC, Cinevision International, Inc. and Global Entertainment Media Corp.


By: /s/ James L. Baker              Dated: July 27, 2011

James J. Barker, Esq.
**LAW OFFICE OF WEI C. WONG**
716 Garfield Avenue
Alhambra, California 91801

Attorneys for Plaintiff MEIR ZARCHI